# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

| | |
|---|---|
| In Re:    Erika Danielle Johnson | Case No.: 2:19–bk–51217 |
|          Debtor(s) | Chapter: 13 |
| SSN/TAX ID:    xxx–xx–1728 | Judge: C. Kathryn Preston |

### Order Dismissing Case For Failure to Pay Filing Fee

An Order Denying Payment for Filing Fee in Installments was previously entered. A payment scheduled to be made has not been received.

All unpaid fees remain due and owing as of the date of the dismissal.

Accordingly, this case is DISMISSED for failure to pay the required filing fee in accordance with 28 U.S.C. § 1930.

SO ORDERED.

Dated: March 19, 2019

_____
C. Kathryn Preston
United States Bankruptcy Judge